

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECEIVED
JUN -4 PM 1:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 25, 2007

Office of the Clerk
U.S. District Court
Eastern District of California
U.S. Courthouse
2500 Tulare Street, Room 1501
Fresno, CA

FILED
JUN - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:        US v Waquilla Nicole Brown
Case Number:      3-07-70301 NJV
Charges:          18:287 False Claims to IRS

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Nandor J. Vadas. The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant
         to your district forthwith.
   (x)   The defendant has a court appearance in your court on: 5/25/07 1:00 p.m.

Enclosed are the following documents:
                  original Rule 5 affidavit
                  original minute orders
                  original bond

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                         Sincerely yours,

                                         RICHARD WIEKING, Clerk

                                         by:
                                         Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date:  5-30-07                                   CLERK, U.S. DISTRICT COURT

                                                 By _____
                                                        Deputy Clerk